United States District Court
Southern District of Texas
**ENTERED**
July 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHH, INC., | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-02949 |
| URZ TRENDZ LLC, | § |
| Defendant. | § |

### ORDER OF DISMISSAL

Pending before this Court is Plaintiff ASHH Inc's Motion for Voluntary Dismissal with Prejudice. The Court hereby **GRANTS** the Motion. The case is therefore **DISMISSED WITH PREJUDICE.**

Each party is to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 11th of July, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE